UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**CYNTHIA M. SCHLEGEL**,                                    Civil Case No. 1:13-CV-00517-KI

        Plaintiff,

                                 JUDGMENT

        v.

**CAROLYN COLVIN**, Acting Commissioner
Social Security Administration,

        Defendant.


      Marlene R. Yesquen
      Black, Chapman, Webber & Stevens
      221 Stewart Avenue, #209
      Medford, Oregon  97501

            Attorney for Plaintiff

      S. Amanda Marshall
      United States Attorney
      District of Oregon


Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, Oregon  97204

John C. LaMont
Social Security Administration
Office of General Counsel - Region X
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

      Attorneys for Defendant


KING, Judge:

      Based on the record,

      The decision of the Commissioner is hereby REVERSED.  This action is remanded to the

Commissioner under sentence four of 42 U.S.C. § 405(g) for rehearing.

      Dated this _____9th_____ day of April, 2014.


                     _/s/ Garr M. King_____
                     Garr M. King
                     United States District Judge


Page 2 - JUDGMENT