IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF OREGON

CYNTHIA M. SCHLEGEL,    CIVIL NO.: 1:13-CV-00517-KI

    Plaintiff

    v.

COMMISSIONER of    ~~(Proposed)~~ ORDER
Social Security Administration

    Defendant.

As authorized by 28 U.S.C. § 2412 and 1920 and subject to the terms of the stipulation of the parties, it is hereby ORDERED that the attorney fees in the amount of $7,000.00 and expenses in the amount of $20.40 for certified mailings be awarded to Plaintiff pursuant to *Astrue v. Ratliff,* 130 S.Ct.2521 (2010) and Tobeler v. Colvin, 749 F.3d 830 (9th Cir. 2014).

IT IS SO ORDERED this 10th day of July, 2014.

_____
GARR M. KING
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

/s/ Marlene R. Yesquen
MARLENE R. YESQUEN    OSB#065624
BLACK, CHAPMAN, WEBBER & STEVENS
221 Stewart Ave., Suite #209
Medford, OR  97501
    Attorney for Plaintiff

- 1 - ORDER

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 Stewart Ave., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
stevens@blackchapman.com